

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2020

No. 04-19-00732-CR

Eric Nathaniel **REEL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR11077
Honorable Ray Olivarri, Judge Presiding

# O R D E R

On March 18, 2020, we ordered appellant to file a pro se brief by May 4, 2020 should he desire to file one. On April 24, 2020, appellant filed a motion requesting an extension of time. After consideration, we **GRANT** appellant's request for an extension and **ORDER** appellant's pro se brief due **by June 3, 2020.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of April, 2020.

_____
Michael A. Cruz,
Clerk of Court